**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**


| | |
|---|---|
| **ARANGESAN SUNTHARALINKAM,**<br><br>Petitioner,<br><br>v.<br><br>**ALBERTO R. GONZALES, Attorney General,**<br><br>Respondent. | No. 04-70258<br><br>Agency No. A79-784-825<br><br>**ORDER** |

Before:    **SCHROEDER**, Chief Judge.

Petitioner's unopposed motion for leave to file 15,500 word supplemental brief is GRANTED.